

## NUMBER 13-14-00481-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

BRETT WILLIAM BOSTIAN,
LYNDA ANN DE LEON,
RYAN ELIZONDO &
DOYNE SCOTT ELLIFF,                                                    Appellant,

v.

JOSEPHINE LIMON,                                                        Appellee.

### On appeal from the County Court at Law No. 4
### of Nueces County, Texas.

## MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Appellants, Brett William Bostian, Lynda Ann De Leon, Ryan Elizondo, and Doyne

Scott Elliff, filed an appeal from a judgment entered by the County Court at Law No. 4 of

Nueces County, Texas, in cause number 2013CCV-61773-4.   Appellants have filed an

unopposed motion to dismiss the appeal after a notice of nonsuit without prejudice was filed by appellee in the trial court. Appellants no longer wish to pursue this appeal and request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
2nd day of April, 2015.